WESTERN DISTRICT OF TN
FILED IN OPEN COURT:
DATE: 11-14-17
TIME: 3:34 pm
INITIALS: eu

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Cr. No. 1: 17-10097 |
| JOHN MICHAEL BRILEY | ) |
| Defendant. | ) |

# INFORMATION

**THE UNITED STATES ATTORNEY CHARGES:**

On or about June 17, 2014, in the Western District of Tennessee, the defendant, ----------------------------------------JOHN MICHAEL BRILEY-------------------------------------- did knowingly use, without lawful authority, a means of identification of another person, specifically J.P., in connection with a violation of federal law, specifically 18 U.S.C. § 1035, and the use of the means of identification affected interstate commerce, all in violation of 18 U.S.C. § 1028(a)(7).

DATE: __11/14/17__

D. MICHAEL DUNAVANT

_/s/ Matthew Wilson_
MATTHEW WILSON
ASSISTANT UNITED STATES ATTORNEY