AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:17-10097 |
| John Michael Briley | ) | |
| Defendant | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 11/14/2017

_John Michael Briley_
Defendant's signature

_Loma McClusky_
Signature of defendant's attorney

Loma McClusky
Printed name of defendant's attorney

s/ S. THOMAS ANDERSON
Judge's signature

S. Thomas Anderson, Chief U.S. District Judge
Judge's printed name and title

WESTERN DISTRICT OF TN
FILED IN OPEN COURT:
DATE: 11-14-17
TIME: 3:34 pm
INITIALS: eu