**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:17-cr-10097-STA |
| ) | |
| **JOHN MICHAEL BRILEY,** ) | |
| ) | |
| Defendant. ) | |

**ORDER RESETTING SENTENCING HEARING AND NOTICE OF RESETTING**

The Sentencing Hearing in this matter is currently set for March 9, 2018 before Chief Judge S. Thomas Anderson. The Sentencing Hearing in the above styled matter is hereby reset to **Tuesday, January 30, 2018, at 10:00 a.m.** before Judge S. Thomas Anderson; Courtroom #1, 4th Floor, US Courthouse, Jackson, Tennessee.

Enter this the 23rd day of January, 2018.

s/ S. Thomas Anderson
Chief United States District Judge