IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

**UNITED STATES OF AMERICA,**
    **Plaintiff,**

vs.

Cr. No. 17: 10097-001

**JOHN MICHAEL BRILEY,**
    **Defendant.**

## POSITION OF DEFENDANT

Comes now the Defendant, John Michael Briley, by and through counsel, Lorna S. McClusky of THE LAW OFFICE OF MASSEY, MCCLUSKY, MCCLUSKY & FUCHS and submits to this Court that the presentence report has been received and reviewed. The Defendant has no objections to the facts as related to the Criminal Information and no objection to the Guideline calculations.

Respectfully submitted this 26th day of January, 2018.

    THE LAW OFFICE OF MASSEY, MCCLUSKY, MCCLUSKY & FUCHS
    3074 East Road, Memphis, TN 38128
    (901)384-4004

    *s/ Lorna S. McClusky,*   B.P.R. No. 16803

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing has been served, via electronic mail, upon Matthew Wilson and Victor Lee Ivy, AUSA, and Joseph Long, US Probation via electronic delivery, on this 26th day of January, 2018.
.

    *s/ Lorna S. McClusky*