# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | Cr. No. 17-10097 |
| JOHN MICHAEL BRILEY, ) | |
| Defendant. ) | |

## POSITION OF PARTIES WITH RESPECT TO SENTENCING FACTORS (USA)

**COMES NOW**, the United States of America, by and through D. Michael Dunavant, United States Attorney for the Western District of Tennessee, and pursuant to Local Cr. Rule 32.1(d), United States District Court, Western District of Tennessee, files this pleading to advise the Court that the United States of America has no objection to the presentence report filed in this cause.

Respectfully submitted,

D. MICHAEL DUNAVANT
United States Attorney

s/Matthew J. Wilson
MATTHEW J. WILSON
Assistant United States Attorney
109 South Highland, Suite 300
Jackson, Tennessee 38301
(731) 422-6220

1

2

## CERTIFICATE OF SERVICE

     I, Matthew J. Wilson, Assistant United States Attorney for the Western District of Tennessee, Eastern Division, hereby certifiy that a copy of the foregoing has been sent via electronic filing to all counsel of record

this 29th day of January, 2018.

                                                      s/Matthew J. Wilson
                                                      MATTHEW J. WILSON
                                                      Assistant United States Attorney