Thomas M. Gould
*Clerk of Court*



## United States District Court
## Western District of Tennessee

| | |
|---|---|
| Federal Building | Federal Courthouse |
| 167 North Main Street, Suite 242 | 111 South Highland, Room 262 |
| Memphis, Tennessee 38103 | Jackson, Tennessee 38301 |
| 901-495-1200 (Telephone) | 731-421-9200 (Telephone) |
| 901-495-1250 (Facsimile) | 731-421-9210 (Facsimile) |

June 3, 2019

U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1227
Sterling, VA  20166-1227

COPY

Certified mail:  7018 2290 0000 1320 1701

RE:   18-10016-STA    USA v Ronda Elaine Edwards
      PS40 – Notice of Disposition
      AND
      17-10097-STA    USA v John Michael Briley (initially registered as case #1:15-cr-10046
      PS40—Notice of Disposition

Enclosed please find:

Defendant Ronda Edwards:  Executed PS40 with notice of disposition; certified copy of the judgment; defendant's passport, expiration date:  May 06, 2018.

Defendant John Michael Briley:  Executed PS40 with notice of disposition; certified copy of the judgment; defendant's passport, expiration date: April 26, 2015.

THOMAS M. GOULD, CLERK OF COURT
BY: *Sonya Pettigrew*
Sonya Pettigrew, Deputy in Charge – Jackson Office

Enclosures